IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BARRY J. EDLER,
    Petitioner,

vs.                                        Case No.:  3:05cv172/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.
                              /

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 27, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    Petitioner's motion to supplement his amended objection (Doc. 31) is **GRANTED**.

      3.    Respondent's motion to strike (Doc. 34) is **DENIED**.

      4.    Respondent's motion to dismiss (Doc. 15) is **GRANTED**.

      5.    The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice as untimely.

      **DONE AND ORDERED** this 18th day of May, 2006.

                                                s/ *M. Casey Rodgers*
                                               **M. CASEY RODGERS**
                                             **UNITED STATES DISTRICT JUDGE**